IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff<br>　　　　V.<br><br>Benjamin Davila-Lopez<br>　　Defendant(s) | CRIMINAL NO. 00CR085-01 CC |

**STIPULATION**

TO THE HONORABLE COURT:

　　COME NOW plaintiff, United States of America, and defendant, Benjamin Davila-Lopez, and stipulate as follows:

　　1.　On December 5, 2001, defendant was sentenced to 27 months of imprisonment and three (3) years of supervised released term and an imposition of $115,641 as Restitution in favor of Banco Popular of Puerto Rico and $5980.00 to Western Bank, to be paid immediately, and a special monetary assessment in the amount of $100.

　　2.　That pursuant to 18 U.S.C. section 3563 the plaintiff does not have any objection that the Judgment be amended so as to not make the payment, or any pending balance, of the restitution a condition of his supervised released term; however, the defendant will continue to make payments towards the satisfaction of the restitution imposed as follows:

U.S. v. **Benjamin Davila-Lopez**
Case No. **00CR085-01 CC**
Page No. -2-

3. Defendant, commencing on March 1, 2005, will make monthly payments of $100.00 each to be applied towards the satisfaction of the restitution in money order or manager's check payable to the order of the U.S. District Court.

4. The monthly payments should be sent to the U.S. District Court for the District of Puerto Rico, Federal Bldg., First Floor, Room 101, Carlos Chardon Avenue, Hato Rey, Puerto Rico  00918.

5. Defendant further agrees to furnish any financial document requested by the government and submit to financial evaluations at least twice a year or when his economic circumstances change, even after the term of supervised release has expired, until all the imposition has been paid in full.

6. In the event defendant fails to satisfy the above debt, plaintiff may add ten (10%) percent penalty if the delinquency continues for more than thirty (30) days, and an additional fifteen (15%) percent penalty of the unpaid principal if the payment is delinquent for more than ninety (90) days.

7. The Government reserves the right, if defendant fails to comply with any of the above, to request the Court any order in furtherance of any other collection remedy as provided by law.

8. Defendant acknowledges that the undersigned Assistant U.S. Attorneys works for the Department of Justice and represents the United States and further defendant has been advised to retain

U.S. v. **Benjamin Davila-Lopez**
Case No. **00CR085-01 CC**
Page No. -3-

counsel as the interest of the United States is adversarial to the interest of the defendant.

9. Termination of defendant's liability will expire, in accordance with 18 U.S.C. § 3613 (b), the later of 20 years from the entry of judgment.

CERTIFICATE: Copy of this stipulation has been caused to be served on this same date by regular mail to U.S. Probation Office, Federal Bldg., Room 150, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico this ___ day of _____ of 2005.

H. S. GARCIA
UNITED STATES ATTORNEY

x_____ 1-31-05
Benjamin Davila-Lopez
Defendant
12782 Majorama Dr
Orlando FL 32837

_____ 2/10/5
Rebecca Vargas-Vera, 203307
Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
Tel. (787)766-5656